Opinion filed April 22,
2010 

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00084-CR

                                                    __________

 

                              SANDRA
GAY RUSHTON, Appellant

 

                                                             V.

 

                                      STATE
OF TEXAS, Appellee



 

                                   On
Appeal from the 42nd District Court

 

                                                            Taylor
County, Texas

 

                                                   Trial
Court Cause No. 23611-A

 



 

                                            M E M O R A N
D U M    O P I N I O N

 

            Sandra
Gay Rushton has filed in this court a motion to dismiss her appeal.  The motion
is signed by both appellant and her counsel.  The motion is granted, and the
appeal is dismissed.

 

                                                                                    PER
CURIAM

April 22, 2010

Do not publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.